

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2015

No. 04-15-00606-CV

**IN RE** James David **HENRY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

On September 28, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than October 19, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 5, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011-CI-11645, styled *In the Interest of B.A.H., A Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.